UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No.: 2:18-cv-145 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| TOWNSHEND DAM DINER, INC.; ) | |
| STEPHANIE SCHRYBA-KNAPP a.k.a. ) | |
| STEPHANIE SCHRYBA; PEOPLE'S UNITED ) | |
| BANK, NATIONAL ASSOCIATION; ) | |
| STATE OF VERMONT DEPARTMENT OF ) | |
| TAXES; and TOWN OF TOWNSHEND, ) | |
| ) | |
| Defendants. ) | |

**O<small>RDER</small> E<small>XTENDING THE</small> R<small>IGHT TO</small> R<small>EINSTATE THIS</small> A<small>CTION FOR</small> 30 D<small>AYS</small>**

Upon stipulation of the parties, it is hereby ORDERED that if the settlement resolving this action is not effected the United States may reinstate this action on or before September 15, 2020.

Dated:  July 28, 2020                                                /s/ William K. Sessions III
                                                                                 William K. Sessions III
                                                                                 District Court Judge

1